

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-21-00541-CV

Martie Y. **GARCIA-VELA**, Individually and d/b/a The Law Office of Martie Garcia-Vela, P.C.,
Appellant

v.

Norman **JOLLY,** Individually and d/b/a Norman Jolly, P.C. and Michael Jolly, Individually and
d/b/a Michael B. Jolly, P.C.,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-19-592
The Honorable Martin Chiuminatto, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file his brief is GRANTED. Appellant's brief is due March 28, 2022. No further extensions will be granted absent extenuating circumstances.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court